NO









NO. 12-10-00182-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

                                                                             '     

IN RE: TPF II EAST TEXAS

GATHERING,
L.L.C.,                                       '     ORIGINAL
PROCEEDING

RELATOR

                                                                             '     

 





MEMORANDUM
OPINION

PER
CURIAM

            Relator,
TPF II East Texas Gathering, LLC, has filed a motion to “withdraw” its petition
for writ of mandamus filed on June 16, 2010.  In its motion, TPF states that
the parties have reached a resolution of this dispute and no longer wish to
pursue this original proceeding.  Because the parties have met the requirements
of Texas Rule of Appellate Procedure 42.1(a)(1), our stay of June 17, 2010 is
lifted, the motion is granted, and the proceeding is dismissed.  

Opinion delivered June 23, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

(PUBLISH)